# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

UNITED MINE WORKERS OF AMERICA,
IINTERNATIONAL UNION,

                 Plaintiff,

v.                                                                  CIVIL ACTION NO.   5:18-cv-01478

DAVID G. ZATEZALO, *Assistant Secretary for Labor for Mine Safety and Heath*, and
THE MINE SAFETY AND HEALTH ADMINISTRATION,

                 Defendants.

### JUDGMENT ORDER

In accordance with the accompanying *Memorandum Opinion and Order* dismissing the Plaintiff's complaint, the Court **ORDERS** that judgment be entered accordingly and that this matter be **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

                 ENTER:        October 16, 2019

                 IRENE C. BERGER
                 UNITED STATES DISTRICT JUDGE
                 SOUTHERN DISTRICT OF WEST VIRGINIA